# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>O'CONNOR, SANDRA D. | 2. Court or Organization<br><br>SUPREME COURT OF UNITED STATES | 3. Date of Report<br><br>05/01/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice (Ret.) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>1 FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board Member | The National Constitution Center |
| 2.   Member | The Rockefeller Foundation, Board of Trustees |
| 3.   Member, Advisory Board | Smithsonian National Museum of Natural History |
| 4.   Board Member | ABA Central European and Eurasian Law Initiative Council |
| 5.   Board Member | ABA Museum of Law |
| 6.   Co-Chair, National Advisory Council | Campaign for the Civic Mission of Schools |
| 7.   Chancellor | College of William and Mary |
| 8.   Board Member | Randall Lineback Breed Association |
| 9.   Board Member | William H. Rehnquist Center |
| 10. Advisor | Aspen Institute's Justice and Society Program |
| 11. Advisory Board Member | Bill Lane Center for the Study of the North American West at Stanford |
| 12. Chair of the Board of Directors | iCivics.org |
| 13. Chair of the Advisor Committee | O'Connor Judicial Selection Initiative |
| 14. Advisory Board Member | Lloyd N. Curtler Center for the Rule of Law at the Salzburg Global Seminar |
| 15. Honorary Member | Board for the Foundation for the Future. |
| 16. Special Advisor | American Bar Association Commission on Civic Education in the Nation's Schools |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'CONNOR, SANDRA D.** | 05/01/2012 |

| | | |
|---|---|---|
| 17. | Advisory Board Member | Alzheimer's Drug Discovery Foundation |
| 18. | Task Force Member | Michigan Judicial Selection Task Force |
| 19. | Honorary Board Member | International Network to Promote the Rule of Law (INPROL) |
| 20. | Co-Chair | National Advisory Council - Heard Museum |
| 21. | Board Member | National Institute for Civil Discourse - University of Arizona |
| 22. | Special Advisor | O'Connor House Project |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/26/11 | Random House - royalty | $596.90 |
| 2. 07/19/11 | Random House - royalty | $902.64 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | See Attached Schedule IV | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'CONNOR, SANDRA D.** | 05/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.  American Bar Association | Chihuly Glass Artwork - Estimated value | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. AZ Elected Officials Retirement | C | Pension | J | T | | | | | |
| 2. Checking Account: Suntrust Bank, Washington, DC | A | Interest | K | T | | | | | |
| 3. Checking Accounts - Capitol One Washington, D. C. | B | Interest | N | T | | | | | |
| 4. Wells Fargo Savings Account | A | Interest | J | T | | | | | |
| 5. Oil and Gas Royalty fractional interest, Panola Cty., TX | A | Royalty | J | W | | | | | |
| 6. Oil and Gas Royalty fractional interest, Panola Cty, TX | | None | | | Sold | 03/28/11 | J | | Black Mountain Royalty |
| 7. Folger, Nolan, Fleming Douglas - By Pass Trust Account | A | Int./Div. | K | T | | | | | |
| 8. Abbott Laboratories | B | Dividend | L | T | | | | | |
| 9. Adobe Systems, Inc. | A | Dividend | L | T | | | | | |
| 10. Apache Corp. Common | A | Dividend | L | T | | | | | |
| 11. Aqua America | B | Dividend | L | T | | | | | |
| 12. Bank New York Mellow Corp | A | Dividend | K | T | | | | | |
| 13. Becton Dickinson & Co. | B | Dividend | L | T | | | | | |
| 14. Caterpiller Inc. | B | Dividend | L | T | | | | | |
| 15. Chevron Corporation | B | Dividend | L | T | | | | | |
| 16. Church & Dwight Inc. | B | Dividend | M | T | | | | | |
| 17. Cisco Systems Inc. | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dentsply International | A | Dividend | L | T | | | | | |
| 19. EMC Corp Mass | | None | L | T | | | | | |
| 20. Exxon Mobil Corp | B | Dividend | L | T | | | | | |
| 21. General Electric Co | C | Dividend | L | T | | | | | |
| 22. Illinois Tool Works Inc. | B | Dividend | L | T | | | | | |
| 23. Intel Corp | B | Dividend | L | T | | | | | |
| 24. International Business Machines Corp IBM | A | Dividend | L | T | | | | | |
| 25. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 26. JP Morgan Chase & Co. | B | Dividend | L | T | | | | | |
| 27. Lowes Companies Inc. | B | Dividend | L | T | | | | | |
| 28. Microsoft Corp | B | Dividend | L | T | | | | | |
| 29. Nextera Energy | B | Dividend | L | T | | | | | |
| 30. Pepsico Inc | B | Dividend | L | T | | | | | |
| 31. Procter & Gamble Co. | B | Dividend | L | T | | | | | |
| 32. T Rowe Price Group Inc. | B | Dividend | L | T | | | | | |
| 33. Target Corp. | B | Dividend | L | T | | | | | |
| 34. US Treasury Bond Due 02-17-11 | A | Int./Div. | | | Sold | 02/17/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US Treasury Bond Due 08-18-11 | A | Int./Div. | | | Buy | 03/02/11 | L | | |
| 36. | | | | | Sold (part) | 04/05/11 | J | | |
| 37. | | | | | Sold | 08/18/11 | L | | |
| 38. US Treasury Bond Due 01-19-12 | | None | M | T | Buy | 07/25/11 | M | | |
| 39. US Treasury Bond Due 02-23-12 | | None | L | T | Buy | 08/30/11 | L | | |
| 40. United Technologies Corp. | B | Dividend | L | T | | | | | |
| 41. Walgreen Company | B | Dividend | L | T | | | | | |
| 42. Wells Fargo Company | A | Dividend | L | T | | | | | |
| 43. Washington Subn San Dist Bond | | None | | | Sold | 06/01/11 | L | | |
| 44. Tucson Ariz Wtr Rev Bond | | None | | | Sold | 07/01/11 | M | | |
| 45. Folger Nolan Fleming Douglas - IRA Account | A | Interest | K | T | | | | | |
| 46. -Abbott Laboratories | A | Dividend | K | T | | | | | |
| 47. -Adobe Systems Inc | A | Dividend | K | T | | | | | |
| 48. -Apache Corp. | | None | K | T | | | | | |
| 49. -AT&T Corp New | A | Dividend | K | T | | | | | |
| 50. -Bank New York Mellon Corp | A | Dividend | J | T | | | | | |
| 51. -Becton Dickinson & Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 53. -Chevron Corp | A | Dividend | K | T | | | | | |
| 54. -Church & Dwight Inc | A | Dividend | K | T | | | | | |
| 55. -Cisco Systems Inc. | A | Dividend | K | T | | | | | |
| 56. -Dentsply International | A | Dividend | K | T | | | | | |
| 57. -Dominion Resources Inc of VA | A | Dividend | K | T | | | | | |
| 58. -EMC Corp Mass | | None | K | T | | | | | |
| 59. -Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 60. -General Electric Co | A | Dividend | K | T | | | | | |
| 61. -Illinois Tool Works Inc | A | Dividend | K | T | | | | | |
| 62. -Intel Corp | A | Dividend | K | T | | | | | |
| 63. -International Business Machines Corp IBM | A | Dividend | K | T | | | | | |
| 64. -Johnson & Johnson | A | Dividend | K | T | | | | | |
| 65. -JPMorgan Chase & Co | A | Dividend | K | T | | | | | |
| 66. -Lowes Companies Inc | A | Dividend | K | T | | | | | |
| 67. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 68. -Pepsico Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 70. -Southern Company | A | Dividend | J | T | | | | | |
| 71. -T Rowe Price Group Inc. | A | Dividend | K | T | | | | | |
| 72. -Target Corp | A | Dividend | K | T | | | | | |
| 73. -US Treasury Bills | | None | | | Sold | 02/17/11 | P1 | | |
| 74. -US Treasury Bills | | None | | | Buy | 03/02/11 | P1 | | |
| 75. | | | | | Sold | 08/18/11 | P1 | | |
| 76. -US Treasury Bills Due 02-23-12 | | None | | T | Buy | 08/30/11 | O | | |
| 77. -United Technologies Corp | A | Dividend | K | T | | | | | |
| 78. -Walgreen Company | A | Dividend | K | T | | | | | |
| 79. -Wells Fargo Company | A | Dividend | K | T | | | | | |
| 80. Folger Nolan Fleming Douglas (Cash Account) | | None | M | T | | | | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

Page 11 of 11

Name of Person Reporting

O'CONNOR, SANDRA D.

Date of Report

05/01/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ SANDRA D. O'CONNOR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544